**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SERGIO GABIL,**

                    **Plaintiff,**

**-vs-**                                                            **Case No. 6:04-cv-1773-Orl-22KRS**

**RICHARD TURNER and GALAXY CRUISE & TRAVEL,**

                    **Defendants.**
_____

## ORDER

This cause came on for consideration *sua sponte* on the "Request to Defendant's Amended Answer and Affirmative Defenses on Behalf of Said Defendant's By Richard Turner Attorney," doc. no. 42, and "Answer to Counsel's Response to Order to Show Cause," doc. no. 43, filed by *pro se* Plaintiff Sergio Gabil. Neither the Federal Rules of Civil Procedure nor the Middle District of Florida Local Rules permit filing responses in these circumstances. *See* Fed. R. Civ. P. 7(a) ("No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer"); M.D. Fla. L.R. 3.01(b) ("Each party opposing any written motion shall file and serve . . . [a response] in opposition to the relief requested. No other briefs or legal memoranda directed to any such written motion shall be filed or served by any party unless requested by the Court.").

Because the responses filed at document numbers 42 and 43 were not requested by the Court, they were improperly filed and are ordered stricken. The Clerk is directed to delete them from the file.

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties